Faith Fong

████████
████████████

October 1, 2023

Re: Jason Fong

Your Honor,

As Jason Fong's cousin, I have known the defendant since birth. Our families have always been close, as he is the son of my father's brother. I was shocked and troubled to hear of Jason's recent case; he has always been an upstanding person. For this reason, I am happy to write a letter of reference for him regarding this matter. Though I understand the seriousness of this matter cannot be taken lightly, I hope the court will show some leniency.

Jason Fong has always shown care and concern for his support system and community. He has shown great passion for learning throughout his life, namely the study of language, culture, and religion. To his family, he is caring and loves to share his discoveries of every day. To his friends, he remains a close and loyal commrade. Whenever I come to his house to visit, he always welcomes me warmly, makes a cup of tea or iced water, and makes us feel comfortable in any way he can. He also enjoys sharing what his current studies are, even enrolling in online university courses during this time of reflection.

He is usually an upstanding member of the community, and while it is unfortunate to hear he has made some bad decisions, I know he is willing to accept responsibility for his actions. I also believe that alongside expressing a deep sense of remorse, he will emerge from this challenge a better person.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. I truly believe this to be a one time offense. Despite the current case, I uphold Jason Fong to be an honorable individual, a dear family member, and overall good human being.

Sincerely,

Faith Fong

John Fong
█████
█████

October 1, 2023

Re: Jason Fong

Your Honor,

As Jason Fong's paternal uncle, I have known the defendant since birth. My family has always been close with our extended family. I was shocked and troubled to hear of Jason's recent case, as he has always been an upstanding young man. For this reason, I am happy to write a letter of reference for him regarding this matter. Though I understand the seriousness of this matter cannot be taken lightly, I hope the court will show some leniency.

Jason Fong has always shown incredible concern for his family, friends, and community. At family functions, Jason Fong can be seen helping around the house, involving himself with the guests, and being an integral presence to warmth and festivities. I observed Jason Fong offering and making Turkish coffee for guests at a Christmas party, sharing a technique he learned from his travels. He passion for language learning and traveling has deepened and broadened the way he connects with the world. With us, he openly shares his thoughts and adventures. Jason Fong has been feeling very remorseful and regrets the decisions he took which led him here. It is not a place he wants to be in forever, as his desires are to continue exploring the world. In fact, while at home the past two years, he has been taking online college courses and expresses wishes to continue his studies further when able.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. I believe this to be a one time offense and given his consistently respectable character, I believe he will grow from this experience. Despite the current case, I still believe Jason Fong to be an honorable individual, a dear family member, and good human being.

Sincerely,

*[signature]*

John Fong

Timothy Kuan

██████████

October 7th, 2023

Dear Judge Carter,

I am a cousin to Jason Fong and have known him for his entire life. Growing up with Jason, I was able to understand him as a person. With my deep understanding of Jason, I am very shocked and troubled hearing about his recent case. For this reason, I must write a letter of reference for Jason Fong in hopes the court will show him some leniency.

Throughout the years of knowing Jason through numerous family events and celebrations, Jason has always been a kind, loving, and gentle individual that always put others ahead of himself. Even throughout this stressful time, Jason continues to show support and love to my family minor issues. Despite my continued belief of him not able to hurt a single soul, he had always desired to extend his love of helping others by joining our armed forces. Throughout his service, I found that he matured to being an even more caring and kindhearted person.

Despite my personal beliefs of his complete innocence, it is very expected for Jason to accept a guilty verdict despite his innocence. Jason has always been a person to take the blame in hopes to help others with the easier and simpler path. As he is going through this difficult case, he continues to look out for our family in all that he is capable of.

It is my sincere hope that this court takes this letter into consideration at the time of sentencing. Despite this case, Jason Fong is a honorable, valuable member of society, and a good person.

Sincerely,

*[signature]*

Tim Kuan