CHARLES SWIFT
MUSLIM LEGAL FUND OF AMERICA
100 N. CENTRAL EXPY., SUITE 1010
RICHARDSON, TX 75080
TELEPHONE: (972) 914 - 2507
EMAIL: CHARLES.SWIFT@MLFA.ORG
TX BAR #: 24091964

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JASON FONG | Case No.   SACR 20-00146-DOC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

      NOTICE IS HEREBY GIVEN that Charles Swift, attorney of record for Defendant, is scheduled for oral surgery on January 3, 2024, and has been instructed by his periodontist not to fly for 10 days after surgery. As such, attorney Swift will be unavailable to attend any court appearances from January 2, 2024 through January 13, 2024.

DATED: December 29, 2023

                                                    /s/      *Charles Swift*
                                                  CHARLES SWIFT
                                                  Attorney for Defendant

NOTICE OF UNAVAILABILITY OF COUNSEL - 1