

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:      Chief Deputy/Fiscal

**Re:     Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:  __8:20−cr−00146−DOC__

Defendant's Name:  __Jason Fong__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __1/20/24__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __2/29/24__ , it was verified the defendant:**

__In custody Federal Bureau of Prisons__ .

**Verified via Bureau of Prisons website.**

__February 29, 2024__          By  _____/s/ *Trina DeBose*_____
Date                                         Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER