**FedEx.**

March 27, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 775622632710

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | C.HO | **Delivery Location:** | 5312 ROYALE AVE |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery;<br>Direct Signature Required | | IRVINE, CA, 92604 |
| | | **Delivery date:** | Mar 21, 2024 09:24 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775622632710 | **Ship Date:** | Mar 20, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Charles Fong and Chia Leh Ho,
5312 Royale Avenue
IRVINE, CA, US, 92604

**Shipper:**
AMY PHAN, US. DISTRICT COURT
255 E. TEMPLE ST. #1178
LOS ANGELES, CA, US, 90012



# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 775622632710 | Mar 20, 2024 | 12.24 USD |

## From address

**AMY PHAN**
US. DISTRICT COURT
255 E. TEMPLE ST. #1178
90012 CA LOS ANGELES
US
Phone: 2138947771
amy_phan@cacp.uscourts.gov

## To address

**Charles Fong and Chia Leh Ho**
5312 Royale Avenue
92604 CA IRVINE
US
Phone: 2138947771

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.50 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Nacional 10:30 a.m.

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
Direct signature required

## Billing information

Bill transportation cost to:     ******323
Bill duties, taxes and fees to:
Your reference:

P.O. No.:
Invoice No.:
Department No.:

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Natasha Alexander-Mingo**
Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 20, 2024

Charles Fong and Chia Leh Ho
5312 Royale Avenue
Irvine, CA 92604

**8:20-CR-00146-DOC-1**
**JASON FONG**

Dear Property Owner(s):

Enclosed is the Short Form Deed of Trust, **Instrument Number: 2021000476103** posted as collateral on a bond for the above-named defendant.

The request for full reconveyance has been executed. Also enclosed, is a letter to the County Recorder regarding the reconveyance of the Deed.

Since the Clerk is only the beneficiary for the property, a full reconveyance deed must also be obtained from the trustee **First Corporate Solutions, Inc.**, the reconveyance deed is obtained from the trustee, **First Corporate Solutions, Inc.**, the deed and the County Recorder letter must be taken to the County Recorder's Office to complete and record the reconveyance of the property back into your name. Please do this immediately.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Rhodora De Jesus
Financial Specialist

RDJ:ap

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701



**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Natasha Alexander-Mingo**
Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 20, 2024

### 8:20-CR-00146-DOC-1
### JASON FONG

TO WHOM IT MAY CONCERN:

This letter is in reference to the full reconveyance issued for **Instrument Number: 2021000476103** previously deeded over to the Clerk, U.S. District Court, Central District of California from Charles Fong and Chia Leh Ho, Trustees the Fong Family Living Trust, 6/5/2021, herein called trustor(s).

There is <u>no note involved</u> in the reconveyance of the property back into the trustor's name. The deed was recorded in favor of the Court for the sole purpose of collateral on a bail bond posted for the defendant(s) referred to above.

Therefore, you are authorized to record the subject property back to the trustors name above.

Very truly yours,

CLERK, U.S. DISTRICT COURT

*Rhodora De Jesus*
Financial Specialist

RDJ:ap

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701

RECORDING REQUESTED BY

FILED
CLERK, U.S. DISTRICT COURT

AUG - 2 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
312 No. SPRING STREET, Rm. G-8
LOS ANGELES, CALIFORNIA 90012

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

26.00

* $ R 0 0 1 3 0 2 7 5 5 5 $ *
2021000476103 11:25 am 07/27/21
65 414A D11 A36  3
0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00 0.00 6.00

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this __26th__ day of __JULY__, __2021__ between CHARLES FONG and CHIA LEH HO, TRUSTEES THE FONG FAMILY LIVING TRUST, 6/5/2021, herein called TRUSTOR, whose address is __5312 ROYALE AVENUE, IRVINE, CA 92604__; __FIRST CORPORATE SOLUTIONS, INC.__ herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY; **WITNESSETH**: That Trustor irrevocably grants, transfers and assigns to trustee in trust, with power of sale that property in __ORANGE__ County, California, common address __5312 ROYALE AVENUE, IRVINE, CA 92604__, legally described as:

Lot 7 of Tract 7012 in the City of Irvine as shown on a map thereof recrded in book 263, page(s) 43 and 44 of Misc. maps recorded in Orange county California

Parcel No.: 451-025-02

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the purpose of securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) __Jason Fong__ in Case No. __20-CR-00146__, which includes an obligation by said Trustor(s) surety(ies) in the amount of $ __300,000__.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

CR-5 (01/09)                 SHORT FORM DEED OF TRUST                 Page 1 of 4

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to said Trustor at the address hereinbefore set forth.

X _Charlie Fong, Trustee_     CHARLIE FONG, Trustee
Signature of Trustor     Print Name of Trustor
    The Fong Living Trust, dated June 5, 2015

X _Chia Leh Ho, Trustee_     CHIA LEH HO, Trustee
Signature of Trustor     Print Name of Trustor
    The Fong Living Trust, datd June 5, 2015

State of _____California_____ ss.     County of _____Orange_____

On ____/____ before me, _____ personally appeared
(name, title of officer, i.e., "Jane Doe, Notary Public")

☐ ☐ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALY OF PURGERY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

X _____
Signature

**REQUEST FOR FULL RECONVEYANCE**
(To be used only when note has been satisfied)

To _First Corporate Solutions, Inc_ , Trustee Dated _3/18/24_

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance To:     Clerk, U. S. District Court
    Central District of California

Charles Fong & Chia Leh Ho
5312 Royale Ave
Irvine, CA 92604

~~Chief Deputy~~ Rhudoro De Jesus, Financial Specialist

*Do not lose or destroy this Deed of Trust or THE NOTE which it secures.*
*Both must be delivered to the Trustee for cancellation before reconveyance will be made*

CR-5 (01/04)     SHORT FORM DEED OF TRUST     Page 2 of 4
SEE ATTACHED ACKNOWLEDGMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### ALL-PURPOSE ACKNOWLEDGMENT

> *A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.*

This document has been signed in my presence by Rhodora De Jesus, Financial Specialist proved to me to be the person whose name is subscribed to the attached instrument and who executed the same in the capacity of Deputy Clerk, United States District Court, Central District of California. Further, this instrument bears the seal /stamp of the United States District Court, Central District of California and thus requires no other seal of attestation as to the authenticity of the within signatures or the entity upon behalf of which the person executed the instrument.

Executed before me at Los Angeles, California, on March 20, 2024
by   Amy Phan, Deputy Clerk                          , No. 1247

_____
Signature of Deputy Clerk

Pursuant to Rule 902, Rules of Evidence for United States Courts, extrinsic evidence of authentication is not required with respect to a document bearing the seal of the United States or an agency or officer thereof and a signature of attestation or execution.

1247

### Description of Attached Document

Title or Type of Document:   Short Form Deed of Trust and Assignment of Rents

Document Date: July 26, 2021                    Number of Pages  3

Case No.  8:20-CR-00146-DOC-1

Recorder Instrument No.  2021000476103

Other:

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ORANGE_____ )

On __JULY 26, 2021__ before me, __JASON MEYERSON, NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared __CHARLIE FONG AND CHIA LEH HO__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JASON E. MEYERSON
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2343778
ORANGE COUNTY
My Comm. Exp. January 27, 2025

Signature _____ (Seal)

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: JUL 2 7 2021

CERTIFICATION FEE: 4.-

COUNTY CLERK-RECORDER

*Hugh Nguyen*

ORANGE COUNTY
STATE OF CALIFORNIA